Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JALINN WIGGINS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> LYFT, INC., a foreign corporation; LYFT, INC., d/b/a Lyft Washington, Inc., a foreign corporation; SEYDINA GUEYE and JANE DOE GUEYE, individually and the marital community composed thereof, <br><br> Defendant, | Case No.: 2:24-cv-01440-MJP <br><br> [proposed] ORDER DISMISSING DEFENDANT LYFT, INC. WITH PREJUDICE |

THIS MATTER, having come before the Court on the Parties' *Stipulation for Order of Dismissal with Prejudice Regarding Defendant Lyft, Inc.* (the "Stipulation"), and the Court being fully advised in the matter and having examined the records and files herein:

IT IS HEREBY ORDERED that the Stipulation is GRANTED.

IT IS FURTHER ORDERED that Defendant Lyft, Inc. is dismissed with prejudice.

IT IS FURTHER ORDERED that Defendant Lyft shall bear their own attorneys' fees and costs.

\\

\\

ORDER DISMISSING DEFENDANT LYFT, INC.
WITH PREJUDICE - 1

GORDON REES SCULLY
MANSUKHANI, LLP
Attorneys at Law
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Dated: December 23, 2024

Marsha J. Pechman
United States Senior District Judge

Presented by:

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Todd A. Bowers*
   Todd A. Bowers, WSBA #24638
   tbowers@grsm.com
   Sang Oh, WBSA #44041
   sangoh@grsm.com
   701 Fifth Avenue, Suite 2100
   Seattle, WA 98104

*Attorneys for Defendant Lyft, Inc.*

Approved as to form by:

**DAVIS LAW GROUP, P.S.**

By: */s/David M. Reeve*
   Christopher M. Davis, WSBA #23234
   chris@davislawgroupseattle.com
   David M. Reeve, WSBA #48405
   david@davislawgroupseattle.com
   2101 Fourth Avenue, Suite 1030
   Seattle, WA 98121

*Attorneys for Plaintiff Jalinn Wiggins*

**MALONEY LAUERSDORF REINER PC**

By: */s/Katie D. Buxman*
   Katie D. Buxman, WSBA #32867
   kb@nlrlegalteam.com
   1111 E. Burnside Street, Ste. 300
   Portland, OR 97214

*Attorneys for Defendants Seydina Gueye and Jane Doe Gueye*

ORDER DISMISSING DEFENDANT LYFT, INC.
WITH PREJUDICE - 2

GORDON REES SCULLY
MANSUKHANI, LLP
Attorneys at Law
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

2024-12-19 _proposed_ Order Dismissing Defendant Lyft w- Prejudice(95357685.4)