HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE DIVISION

| | |
|---|---|
| JALINN WIGGINS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LYFT, INC. a foreign corporation; LYFT, INC., dba Lyft Washington, inc., a foreign corporation; SEYDINA GUEYE and JANE DOE GUEYE, individually and the marital community comprised thereof,<br><br>　　　　Defendants. | No.: 2:24-cv-01440 MJP<br><br>STIPULATED MOTION AND ORDER TO EXTEND TIME TO DISCLOSE EXPERT WITNESSES<br><br>NOTED ON THE MOTION CALENDAR ON DATE FILED AS A SAME DAY MOTION PURSUANT TO 7(d)(1) |

## STIPULATION

Defendants Seydina Gueye and Jane Doe Gueye respectfully requests a 30-day extension of the initial deadline to disclose reports from expert witnesses under FRCP 26(a)(2). Plaintiff Jalinn Wiggins consents and agrees to this request.

Defendants Gueye seek this additional time in order to depose Plaintiff and select experts in accord with Plaintiff's testimony. Defendants first request for Plaintiff's deposition was made on June 3, 2025. Defendant made stipulated requests and subpoenas of records on March 10, 2025; however, responses are still outstanding

Page 1– STIPULATION AND ORDER TO EXTEND TIME TO
DISCLOSE EXPERT WITNESSES
CASE NO. 2:24-cv-01440 MJP

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

for Associated EMG Physicians; Sellwood Chiropractic Clinic; and employment records from AMG Healthcare. Defendants Gueye respectfully ask for this 30-day extension in order to fully evaluate the Plaintiff's claims and select experts.

Accordingly, there is good cause under Federal Rule of Civil Procedure 6(b) and local Civil Rule 10(g) for a 30-day continuance of the deadline to provide reports from expert witnesses under FRCP 26(a)(2).

The parties, through their counsel request and stipulate to the following proposed extension of the deadline in the Court's Order Setting Trial Date & Related Dates.

| Event | Original Deadline | New Deadline Requested |
|---|---|---|
| Reports from expert witness under FRCP 26(a)(2) due | June 16, 2025 | July 16, 2025 |

The parties have also discussed and agreed that, as a condition to Plaintiff consenting to Defendants' request for additional time to disclose expert witnesses, this stipulated request does not serve as a basis for a continuance of Plaintiff's pending motion for summary judgment on the issues of his past medical special damages and Defendants' affirmative defenses, which is set to be heard on June 27,

///

///

///

///

///

///

Page 2– STIPULATION AND ORDER TO EXTEND TIME TO
DISCLOSE EXPERT WITNESSES
CASE NO. 2:24-cv-01440 MJP

MALONEY | LAUERSDORF | REINER rc
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417

2025. Defendant is not precluded from opposing the motion for summary judgment in part on the fact that discovery has not been completed.

DATED: June _____, 2025

| MALONEY LAUERSDORF REINER, PC | DAVIS LAW GROUP, PS |
|---|---|
| By: /s/ *Katie D. Buxman* <br> Katie D. Buxman, WSBA #32867 | By: /s/ *David M. Reeve* <br> David M. Reeve, WSBA #48405 |
| Attorneys for Defendants Gueye | Attorneys for Plaintiff Wiggins |

## ORDER

IT IS SO ORDERED this __6__, day of June, 2025.

THE HONORABLE MARSHA J. PECHMAN

Page 3– STIPULATION AND ORDER TO EXTEND TIME TO
DISCLOSE EXPERT WITNESSES
CASE NO. 2:24-cv-01440 MJP

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2025, I served the foregoing STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS GUEYE TO DISCLOSE EXPERT WITNESSES on the following parties at the following address:

| David Reeve<br>Davis Law Group, PS<br>2101 4th Ave. #1030<br>Seattle, WA 98121<br>P: 206-727-4000<br>F: 206-727-4001<br>david@davislawgroupseattle.com<br>*Of Attorneys for Plaintiff* | |
|---|---|

\_\_\_\_\_ by mailing a copy thereof, placed in a sealed envelope addressed as listed above and deposited in the United States mail at Portland, Oregon, and that postage thereon was fully prepaid.

__X__ by electronic service through the court's eFiling system. Service was accomplished at the party's email address as recorded on the date of service in the eFiling system.

\_\_\_\_\_ by facsimile transmission to the fax number shown above.

__X__ by email transmission to the email address shown above.

\_\_\_\_\_ by hand delivering a copy thereof, to the address listed above.

MALONEY LAUERSDORF REINER, PC

By /s/ Katie Buxman
Katie D. Buxman WSBA #32867
Email: kb@mlrlegalteam.com

Of Attorneys for Defendants Gueye

Page 1– CERTIFICATE OF SERVICE

MALONEY | LAUERSDORF | REINER PC
ATTORNEYS AT LAW
1111 E. Burnside Street, Ste. 300
Portland, Oregon 97214
Telephone: 503.245.1518
Facsimile: 503.245.1417